Cinda **CHAPMAN**, Appellant–
Respondent,

v.

Peter A. **McINTYRE**, Respondent–
Appellant.

**Nos. WD 63994, WD 64043.**

Missouri Court of Appeals,
Western District.

June 21, 2005.

Dennis Owens, Kansas City, MO, for appellant/respondent.

John Wm. Dennis, Jr., Independence, MO, for respondent/appellant.

Before: THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and PATRICIA A. BRECKENRIDGE, JJ.

---

1. However, we would note that in the process of thoroughly reviewing the file, we did not find reversible error.

## ORDER

PER CURIAM.

Ms. Cinda Chapman appeals a circuit court judgment denying her motion to modify visitation. Dr. McIntyre files a cross-appeal from the court's decision denying his request for sole physical custody. Because we find that the circuit court did not err in awarding joint legal and physical custody of the minor child to the parties, we affirm. Rule 84.16(b).